IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG LIFE INSURANCE COMPANY,
CUMIS INSURANCE SOCIETY, AND
MEMBERS LIFE INSURANCE COMPANY

Plaintiff(s)

Case No.   14-cv-249-WMC

CREDIT SUISSE SECURITIES (USA) LLC

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Richard W. Clary   of   Cravath, Swaine & Moore LLP
Attorney                     Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in   New York
                                                                                                                                                                                                                                                                                             Jurisdiction

Dated this   16   Day of   June   , 20   14

s/ Richard W. Clary

Name    Richard W. Clary

Firm    Cravath, Swaine & Moore LLP

Address  825 Eighth Avenue

City    New York          State  NY   Zip  10019
E-Mail  rclary@cravath.com
Phone   (212) 474-1000