IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CMFG LIFE INSURANCE COMPANY,
CUMIS INSURANCE SOCIETY, AND
MEMBERS LIFE INSURANCE COMPANY

Plaintiff(s)

Case No.   14-cv-249-WMC

CREDIT SUISSE SECURITIES (USA) LLC

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Julie A. North      of      Cravath, Swaine & Moore LLP
Attorney                    Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter.  I certify that I am an attorney in good standing licensed to practice in   New York

Jurisdiction

Dated this   16   Day of   June  , 20  14

s/  Julie A. North

Name     Julie A. North

Firm     Cravath, Swaine & Moore LLP

Address  825 Eighth Avenue

City     New York            State  NY    Zip  10019
E-Mail   jnorth@cravath.com
Phone    (212) 474-1000