| UNITED STATES DISTRICT COURT | WESTERN DISTRICT OF WISCONSIN |
|---|---|

Case No. 14-cv-249-WMC

**CMFG LIFE INSURANCE COMPANY,**
**CUMIS INSURANCE SOCIETY, AND**
**MEMBERS LIFE INSURANCE COMPANY,**

                Plaintiffs,

v.

**CREDIT SUISSE SECURITIES (USA) LLC,**

                Defendant,

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CREDIT SUISSE SECURITIES (USA) LLC**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Credit Suisse Securities (USA) LLC, by its undersigned counsel, certifies as follows:

        Credit Suisse Securities (USA) LLC is a wholly owned subsidiary of Credit Suisse (USA), Inc.

        Credit Suisse (USA), Inc. is a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc. Credit Suisse Holdings (USA), Inc. is a jointly owned subsidiary of (1) Credit Suisse Group AG, (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG and (3) Credit Suisse AG. Credit Suisse AG has publicly registered debt securities and warrants in the United States and elsewhere. Credit Suisse AG is a wholly owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Date: June 16, 2014

**MURPHY DESMOND S.C.**
Attorneys for Credit Suisse Securities (USA) LLC

By: /s/ Stephen L. Morgan
Stephen L. Morgan
State Bar No. 1015099
33 East Main Street Suite 500
P.O. Box 2038
Madison, Wisconsin 53701
Telephone: (608) 257-7181
Fax: (608) 257-2508
smorgan@murphydesmond.com

**CRAVATH, SWAINE & MOORE LLP**

Richard W. Clary (*pro hac vice* motion pending)
Julie A. North (*pro hac vice* motion pending)
Richard J. Stark (*pro hac vice* motion pending)
Michael T. Reynolds (*pro hac vice* motion pending)
Lauren A. Moskowitz (*pro hac vice* motion pending)

825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
jnorth@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com