UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>Defendant. | Case No. 14-cv-249-WMC |

**JOINT MOTION FOR BRIEFING SCHEDULE**

Plaintiffs CMFG Life Insurance Co., CUMIS Insurance Society, Inc. and MEMBERS Life Insurance Co. (collectively, "CUNA Mutual") and Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") jointly move the Court to adopt their proposed briefing schedule regarding Credit Suisse's recently filed Motion to Dismiss the Complaint and to Strike the Jury Demand Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("MTD") (ECF No. 12) and Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiffs' Complaint (ECF No. 15). The parties have agreed to the briefing schedule below in connection with Credit Suisse's Motions, and respectfully request that the Court adopt it:

| | |
|---|---|
| CUNA Mutual's Oppositions to Motion to Dismiss and Request for Judicial Notice | July 28, 2014 |
| Credit Suisse's Reply in Support of Motion to Dismiss | August 28, 2014 |

2

| | |
|---|---|
| Dated: June 25, 2014 | Respectfully Submitted, |
| | |
| | /s/ Silvija A. Strikis |
| George A. Zelcs | Silvija A. Strikis |
| **Korein Tillery, LLC** | Scott K. Attaway |
| 205 North Michigan, | Whitney C. Cloud |
| Suite 1950 | **Kellogg, Huber, Hansen, Todd** |
| Chicago, IL 60601 | **Evans &Figel, P.L.L.C.** |
| (312) 641-9750 | 1615 M Street, N.W., Suite 400 |
| | Washington, DC 20036 |
| John C. Craig | (202) 326-7900 |
| Greg G. Gutzler | (202) 326-7999 (Fax) |
| Tamara M. Spicer | |
| Steven M. Berezney | Peggy A. Lautenschlager |
| Michael E. Klenov | **Bauer & Bach, LLC** |
| **Korein Tillery, LLC** | 123 East Main Street |
| 505 North 7th Street, | Suite 300 |
| Suite 3600 | Madison, Wisconsin 53703 |
| St. Louis, MO 63101 | (608) 260-0292 |
| (314) 241-4844 | |
| | |
| | *Counsel for Plaintiffs* |
| | |
| | /s/ Stephen L. Morgan |
| Richard W. Clary | Stephen L. Morgan |
| Julie A. North | **MURPHY DESMOND S.C.** |
| Richard J. Stark | State Bar No. 1015099 |
| Michael T. Reynolds | 33 East Main Street Suite 500 |
| Lauren A. Moskowitz | P.O. Box 2038 |
| **CRAVATH, SWAINE & MOORE LLP** | Madison, WI 53701-2038 |
| 825 Eighth Avenue | (608) 257-7181 |
| New York, New York 10019 | (608) 257-2508 facsimile |
| Telephone: (212) 474-1000 | smorgan@murphydesmond.com |
| Fax: (212) 474-3700 | |
| rclary@cravath.com | |
| jnorth@cravath.com | |
| rstark@cravath.com | |
| mreynolds@cravath.com | |
| lmoskowitz@cravath.com | *Counsel for Defendant* |

2