## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY, | |
| Plaintiffs, | Case No. 14-cv-249-WMC |
| v. | |
| CREDIT SUISSE SECURITIES (USA) LLC, | |
| Defendant. | |

### JOINT MOTION TO AMEND BRIEFING SCHEDULE

Plaintiffs CMFG Life Insurance Co., CUMIS Insurance Society, Inc. and MEMBERS Life Insurance Co. (collectively, "CUNA Mutual") and Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") jointly move the Court to modify the briefing schedule for Credit Suisse's Motion to Dismiss the Complaint and to Strike the Jury Demand Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("MTD") (ECF No. 12) and Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiffs' Complaint (ECF No. 15). The parties have agreed to modify the briefing schedule for Credit Suisse's Motions by extending CUNA Mutual's time to respond from July 28, 2014, to July 30, 2014, and by extending Credit Suisse's time to reply from August 28, 2014, to September 2, 2014. The parties respectfully request that the Court enter an order consistent with the parties' agreement.

Dated: July 25, 2014

Respectfully Submitted,

/s/ draft

George A. Zelcs
**Korein Tillery, LLC**
205 North Michigan,
Suite 1950
Chicago, IL 60601
(312) 641-9750

Silvija A. Strikis
Scott K. Attaway
Whitney C. Cloud
**Kellogg, Huber, Hansen, Todd
  Evans &Figel, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7900
(202) 326-7999 (Fax)

John C. Craig
Greg G. Gutzler
Tamara M. Spicer
Steven M. Berezney
Michael E. Klenov
**Korein Tillery, LLC**
505 North 7th Street,
Suite 3600
St. Louis, MO 63101
(314) 241-4844

Peggy A. Lautenschlager
**Bauer & Bach, LLC**
123 East Main Street
Suite 300
Madison, Wisconsin 53703
(608) 260-0292

*Counsel for Plaintiffs*

/s/ draft

Richard W. Clary
Julie A. North
Richard J. Stark
Michael T. Reynolds
Lauren A. Moskowitz
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
jnorth@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

Stephen L. Morgan
**MURPHY DESMOND S.C.**
State Bar No. 1015099
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038
(608) 257-7181
(608) 257-2508 facsimile
smorgan@murphydesmond.com

*Counsel for Defendant*

2