**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>Defendant. | Case No. 14-cv-249-WMC |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

Plaintiffs CMFG Life Insurance Co., CUMIS Insurance Society, Inc. and MEMBERS Life Insurance Co. (collectively, "CUNA Mutual") and Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") jointly move the Court to modify the briefing schedule for Credit Suisse's Motion to Dismiss the Complaint and to Strike the Jury Demand Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("MTD") (ECF No. 12) and Request for Judicial Notice in Support of Its Motion to Dismiss Plaintiffs' Complaint (ECF No. 15). The parties have agreed to modify the briefing schedule for Credit Suisse's Motions by extending CUNA Mutual's time to respond from July 28, 2014, to July 30, 2014, and by extending Credit Suisse's time to reply from August 28, 2014, to September 2, 2014. The parties respectfully request that the Court enter an order consistent with the parties' agreement.

| | |
|---|---|
| Dated: July 25, 2014 | Respectfully Submitted, |
| | */s/ Silvija A. Strikis* |
| George A. Zelcs | Silvija A. Strikis |
| **Korein Tillery, LLC** | Scott K. Attaway |
| 205 North Michigan, | Whitney C. Cloud |
| Suite 1950 | **Kellogg, Huber, Hansen, Todd** |
| Chicago, IL 60601 | **Evans &Figel, P.L.L.C.** |
| (312) 641-9750 | 1615 M Street, N.W., Suite 400 |
| gzelcs@koreintillery.com | Washington, DC 20036 |
| | (202) 326-7900 |
| John C. Craig | (202) 326-7999 (Fax) |
| Greg G. Gutzler | sstrikis@khhte.com |
| Tamara M. Spicer | sattaway@khhte.com |
| Steven M. Berezney | wcloud@khhte.com |
| Michael E. Klenov | |
| | Peggy A. Lautenschlager |
| **Korein Tillery, LLC** | **Bauer & Bach, LLC** |
| 505 North 7th Street, | 123 East Main Street |
| Suite 3600 | Suite 300 |
| St. Louis, MO 63101 | Madison, Wisconsin 53703 |
| (314) 241-4844 | (608) 260-0292 |
| jcraig@koreintillery.com | lautenschlager@bauer-bach.com |
| ggutzler@koreintillery.com | |
| tspicer@koreintillery.com | |
| sberezney@koreintillery.com | |
| mklenov@koreintillery.com | *Counsel for Plaintiffs* |
| | |
| | */s/ Lauren A. Moskowitz* |
| Richard W. Clary | Stephen L. Morgan |
| Julie A. North | **MURPHY DESMOND S.C.** |
| Richard J. Stark | State Bar No. 1015099 |
| Michael T. Reynolds | 33 East Main Street Suite 500 |
| Lauren A. Moskowitz | P.O. Box 2038 |
| **CRAVATH, SWAINE & MOORE LLP** | Madison, WI 53701-2038 |
| 825 Eighth Avenue | (608) 257-7181 |
| New York, New York 10019 | (608) 257-2508 facsimile |
| Telephone: (212) 474-1000 | smorgan@murphydesmond.com |
| Fax: (212) 474-3700 | |
| rclary@cravath.com | |
| jnorth@cravath.com | |
| rstark@cravath.com | |
| mreynolds@cravath.com | |
| lmoskowitz@cravath.com | *Counsel for Defendant* |