IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIT SUISSE SECURITIES (USA) LLC, <br><br> Defendant. | Case No. 14-cv-249 |

**CUNA MUTUAL'S OPPOSITION TO
CREDIT SUISSE SECURITIES (USA) LLC'S MOTION TO DISMISS
THE COMPLAINT AND TO STRIKE THE JURY DEMAND**

By motion dated July 30, 2014, Plaintiff CUNA Mutual[1] moved the Court for leave to file an amended complaint in the above-captioned case. Because the Court's acceptance of the proposed amended complaint would moot Defendant Credit Suisse's pending motion to dismiss and permit it, should it choose, to file a new motion directed toward the amended complaint, Credit Suisse has agreed not to argue that CUNA Mutual's failure to file an opposition to its original motion constitutes a waiver of CUNA Mutual's right to oppose that motion. Accordingly, CUNA Mutual has not and will not file a further response to Credit Suisse's pending motion unless directed to do so by the Court. In the event the Court denies CUNA Mutual's motion for leave to amend and Credit Suisse's prior motion to dismiss remains pending, CUNA Mutual respectfully requests that the Court permit it to file a brief in opposition to that motion at that time.

---

[1] "CUNA Mutual" refers collectively to CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and MEMBERS Life Insurance Company.

DATE: July 30, 2014

/s/ *Silvija A. Strikis*
Silvija A. Strikis (*pro hac vice*)
Scott K. Attaway (*pro hac vice*)
Whitney C. Cloud (*pro hac vice*)
**Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sstrikis@khhte.com
sattaway@khhte.com
wcloud@khhte.com

Stephen M. Tillery (*pro hac vice*)
Greg G. Gutzler
Tamara M. Spicer
Steven M. Berezney
Michael E. Klenov
John C. Craig
Garrett R. Broshuis
**Korein Tillery, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
stillery@koreintillery.com
ggutzler@koreintillery.com
tspicer@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com
jcraig@koreintillery.com
gbroshuis@koreintillery.com

George A. Zelcs (*pro hac vice*)
**Korein Tillery, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com

Peggy A. Lautenschlager
**Bauer & Bach, LLC**
123 East Main Street, Suite 300
Madison, WI 53703
(608) 260-0292
lautenschlager@bauer-bach.com
***Counsel for Plaintiffs***