IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CREDIT SUISSE SECURITIES (USA) LLC, <br><br> Defendant. | Case No. 14-cv-249 |

**CUNA MUTUAL'S MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

Plaintiff CUNA Mutual[1] respectfully moves the Court for leave to amend its Complaint specifically to plead intentional fraud. In support of its motion, CUNA Mutual submits the attached memorandum of law and accompanying exhibits.

WHEREFORE, the Court should grant CUNA Mutual leave to file its First Amended Complaint alleging claims based on Defendants' intentional fraud.

DATE: July 30, 2014

*/s/ Silvija A. Strikis*
Silvija A. Strikis (*pro hac vice*)
Scott K. Attaway (*pro hac vice*)
Whitney C. Cloud (*pro hac vice*)
**Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sstrikis@khhte.com
sattaway@khhte.com
wcloud@khhte.com

---

[1] "CUNA Mutual" refers collectively to CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and MEMBERS Life Insurance Company.

Stephen M. Tillery (*pro hac vice*)
Greg G. Gutzler
Tamara M. Spicer
Steven M. Berezney
Michael E. Klenov
John C. Craig
Garrett R. Broshuis
**Korein Tillery, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
stillery@koreintillery.com
ggutzler@koreintillery.com
tspicer@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com
jcraig@koreintillery.com
gbroshuis@koreintillery.com

George A. Zelcs (*pro hac vice*)
**Korein Tillery, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com

Peggy A. Lautenschlager
**Bauer & Bach, LLC**
123 East Main Street, Suite 300
Madison, WI 53703
(608) 260-0292
lautenschlager@bauer-bach.com

***Counsel for Plaintiffs***