IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>　　　Defendant. | Case No. 14-cv-249 |

**SUPPLEMENT TO CUNA MUTUAL'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT**

　　　For purposes of clarification, CUNA Mutual[1] hereby supplements its Motion for Leave to Amend Its Complaint (ECF No. 24) to state that the proposed First Amended Complaint was attached as Exhibit A to CUNA Mutual's Memorandum in Support of Its Motion for Leave to Amend (ECF No. 25), and a redlined version of the proposed First Amended Complaint highlighting the specific proposed changes was attached as Exhibit B thereto.

DATE:  August 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　/s/ Silvija A. Strikis
　　　　　　　　　　　　　　　　　　　　　　　Silvija A. Strikis (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Scott K. Attaway (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Whitney C. Cloud (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　**Kellogg, Huber, Hansen, Todd,
　　　　　　　　　　　　　　　　　　　　　　　　Evans & Figel, P.L.L.C.**
　　　　　　　　　　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　(202) 326-7900
　　　　　　　　　　　　　　　　　　　　　　　sstrikis@khhte.com
　　　　　　　　　　　　　　　　　　　　　　　sattaway@khhte.com
　　　　　　　　　　　　　　　　　　　　　　　wcloud@khhte.com

---

[1] "CUNA Mutual" refers collectively to CMFG Life Insurance Company, CUMIS Insurance Society, Inc., and MEMBERS Life Insurance Company.

Stephen M. Tillery (*pro hac vice*)
Greg G. Gutzler
Tamara M. Spicer
Steven M. Berezney
Michael E. Klenov
John C. Craig
Garrett R. Broshuis
**Korein Tillery, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
stillery@koreintillery.com
ggutzler@koreintillery.com
tspicer@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com
jcraig@koreintillery.com
gbroshuis@koreintillery.com

George A. Zelcs (*pro hac vice*)
**Korein Tillery, LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com

Peggy A. Lautenschlager
**Bauer & Bach, LLC**
123 East Main Street, Suite 300
Madison, WI 53703
(608) 260-0292
lautenschlager@bauer-bach.com

***Counsel for Plaintiffs***