**Appendix A**

**Summary of Statutory Bars Applicable to Misrepresentation Claim**

| Securitization | CUSIP | Trade Date | Appears on Tolling Agreements | Relevant Statute of Limitations Date[*] | Statute of Limitations Expiration Date for Wis. Stat. § 893.43 | Claim Barred by Wis. Stat. § 893.43 | CMLIC Listed as Purchasing Entity | Statute of Limitations Expiration Date for Iowa Code § 614.1(4) | Claim Barred by Iowa Code § 614.1(4) |
|---|---|---|---|---|---|---|---|---|---|
| CSFB 2005-FIX1 | 22541S5V6 | 1/10/2005 | Yes | 3/27/2013 | 1/10/2011 | Yes | Yes | 1/10/2010 | Yes |
| CSFB 2005-FIX1 | 22541S5W4 | 1/10/2005 | Yes | 3/27/2013 | 1/10/2011 | Yes | Yes | 1/10/2010 | Yes |
| CSFB 2005-FIX1 | 22541S6C7 | 1/13/2006 | Yes | 3/27/2013 | 1/13/2012 | Yes | No | N/A | N/A |
| CSFB 2005-3 | 225458LU0 | 10/19/2005 | Yes | 3/27/2013 | 10/19/2011 | Yes | Yes | 10/19/2010 | Yes |
| CSFB 2005-8 | 2254583K2 | 10/21/2005 | Yes | 3/27/2013 | 10/21/2011 | Yes | Yes | 10/21/2010 | Yes |
| CSFB 2005-8 | 2254583L0 | 10/21/2005 | Yes | 3/27/2013 | 10/21/2011 | Yes | Yes | 10/21/2010 | Yes |
| HEMT 2005-4 | 2254584N5 | 1/13/2006 | Yes | 3/27/2013 | 1/13/2012 | Yes | Yes | 1/13/2011 | Yes |
| CSFB 2005-9 | 2254586R4 | 3/16/2006 | Yes | 3/27/2013 | 3/16/2012 | Yes | Yes | 3/16/2011 | Yes |
| CSFB 2005-9 | 2254586X1 | 3/16/2006 | Yes | 3/27/2013 | 3/16/2012 | Yes | Yes | 3/16/2011 | Yes |
| HEMT 2006-3 | 436944AJ1 | 6/14/2007 | Yes | 3/27/2013 | 6/14/2013 | No | Yes | 6/14/2012 | Yes |
| HEMT 2006-3 | 436944AG7 | 6/14/2007 | Yes | 3/27/2013 | 6/14/2013 | No | Yes | 6/14/2012 | Yes |
| WFMBS 2006-2 | 94983LBH9 | 2/13/2007 | No | 7/30/2014 | 2/13/2013 | Yes | No | N/A | N/A |
| BSMF 2006-SL1 | 07400WAB6 | 4/24/2007 | No | 7/30/2014 | 4/24/2013 | Yes | Yes | 4/24/2012 | Yes |

---

[*] The relevant statute of limitations date is the date on which CUNA took the action that needed to occur within the limitations period for its claims to be considered timely. For the Tolled Certificate, the relevant statute of limitations date is the effective start date of the tolling agreement. For the Non-Tolled Certificates, the relevant statute of limitations date is the date on which CUNA filed its Motion to Amend. (*See supra* at 3-4.)