UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>Defendant. | Case No. 14-cv-249-WMC |

**UNOPPOSED MOTION BY DEFENDANT FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' MOTION TO STAY**

Defendant Credit Suisse Securities (USA) LLC hereby requests that the Court grant a one-week extension of time for Defendant to respond to Plaintiffs' Motion to Stay (ECF No. 35). On October 3, 2014, Plaintiffs filed their Motion to Stay (ECF No. 35). Defendant's response is currently due on October 10, 2014. Defendant requests that the opposition deadline be extended by one week to October 17, 2014. Defendant has contacted Plaintiffs' counsel and has been advised that Plaintiffs do not oppose this request to extend the opposition deadline.

Dated: October 9, 2014    Respectfully submitted,

                              **CRAVATH, SWAINE & MOORE LLP**
                              Attorneys for Credit Suisse Securities (USA) LLC


By:    /s/ Lauren A. Moskowitz
       Richard W. Clary (*pro hac vice*)
       Julie A. North (*pro hac vice*)
       Richard J. Stark (*pro hac vice*)
       Michael T. Reynolds (*pro hac vice*)
       Lauren A. Moskowitz (*pro hac vice*)

       825 Eighth Avenue
       New York, New York 10019
       Telephone: (212) 474-1000
       Fax: (212) 474-3700
       rclary@cravath.com
       jnorth@cravath.com
       rstark@cravath.com
       mreynolds@cravath.com
       lmoskowitz@cravath.com

**MURPHY DESMOND S.C.**

Stephen L. Morgan
State Bar No. 1015099
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038
(608) 257-7181
(608) 257-2508 facsimile
smorgan@murphydesmond.com