# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY, AND MEMBERS LIFE INSURANCE COMPANY,<br><br>       Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE SECURITIES (USA) LLC,<br><br>       Defendant. | Case No. 14-cv-249-WMC |

## CREDIT SUISSE SECURITIES (USA) LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE OR ANSWER THE FIRST AMENDED COMPLAINT

    Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse") requests a one-week extension to October 7, 2015, of the deadline for Credit Suisse to move against or answer the First Amended Complaint. Credit Suisse has been authorized by counsel for Plaintiffs to represent that Plaintiffs do not oppose this request.

Dated: September 29, 2015

Respectfully submitted,

**CRAVATH, SWAINE & MOORE LLP**
Attorneys for Credit Suisse Securities (USA) LLC


By: */s/ Omid H. Nasab*
    Richard W. Clary (*pro hac vice*)
    Richard J. Stark (*pro hac vice*)
    Michael T. Reynolds (*pro hac vice*)
    Lauren A. Moskowitz (*pro hac vice*)
    Omid H. Nasab (*pro hac vice*)

    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000
    Fax: (212) 474-3700
    rclary@cravath.com
    rstark@cravath.com
    mreynolds@cravath.com
    lmoskowitz@cravath.com
    onasab@cravath.com

**MURPHY DESMOND S.C.**

Stephen L. Morgan
State Bar No. 1015099
33 East Main Street Suite 500
P.O. Box 2038
Madison, WI 53701-2038
(608) 257-7181
(608) 257-2508 facsimile
smorgan@murphydesmond.com