IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CMFG LIFE INSURANCE COMPANY, CUMIS INSURANCE SOCIETY and MEMBERS LIFE INSURANCE COMPANY,

        Plaintiffs,

v.

CREDIT SUISSE SECURITIES (USA) LLC,

        Defendant.

ORDER

14-cv-249-wmc

---

The court held a telephonic hearing today to address plaintiffs' "emergency" motion to strike the report of defendant's responsive expert, William Goetzmann (dkt. #148), at which the parties appeared by counsel. Consistent with the court's rulings during that conference, IT IS ORDERED that:

1) Plaintiffs' motion (dkt. #148) is DENIED.

2) Plaintiffs may have until August 11, 2017, to disclose an expert report in rebuttal to Mr. Goetzmann's report. Within fourteen (14) days of disclosure of any such report, plaintiffs shall produce the expert or experts providing the basis for that report for deposition.

Entered this 21st day of July, 2017.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge